UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>        Plaintiff,<br><br>   v.<br><br>E. DOTSON, et al.,<br><br>        Defendants. | Case No. 23-cv-01311-TSH<br><br>**ORDER DIRECTING CLERK TO REASSIGN ACTION** |

All named parties, including unserved defendants, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction where defendants had not consented to proceed before magistrate judge). It appears that this case requires a decision dispositive of certain parties or claims at this time, and consent of all parties has not been obtained. Accordingly, the Clerk shall reassign this case to a district judge pursuant to the court's assignment plan.

**IT IS SO ORDERED.**

Dated: 4/10/2023

THOMAS S. HIXSON
United States Magistrate Judge