UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TREVINO,

Plaintiff,

v.

E. DOTSON, et al.,

Defendants.

Case No. 23-cv-01311-NW

**ORDER SETTING ASIDE OCTOBER 9, 2025 DISMISSAL OF CERTAIN CLAIMS**

Re: ECF No. 35

On August 20, 2025, the Court screened Plaintiff Robert Trevino's Amended Complaint and dismissed certain claims that did not state cognizable § 1983 claims. The Court granted Trevino leave to file an amended complaint within 28 days. *See* ECF No. 34. Trevino did not file an amended complaint or otherwise communicate with the Court for several months, and the Court subsequently dismissed the non-cognizable claims and ordered service of the Amended Complaint. *See* ECF No. 35. Trevino has now provided the Court with evidence that he never received the Court's August 20, 2025 Order, and he therefore did not have an opportunity to review it and attempt to address the deficiencies identified during screening. *See* ECF No. 56. Accordingly, the Court **SETS ASIDE** its October 9, 2025 dismissal of certain claims in the Amended Complaint. *See* ECF No. 35.

**IT IS SO ORDERED.**

Dated: February 23, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California