UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, v. R. E. BINKELE, et al., Defendants. | Case No. 23-cv-01311-NW **ORDER TERMINATING PLAINTIFF'S MOTIONS FOR CONFORMED COPIES AS MOOT** Re: ECF Nos. 82, 84 |

The Court is in receipt of several motions filed by Plaintiff Robert Trevino, a *pro se* prisoner, regarding his request that the Court send him conformed filed copies of the top pages of his filings. ECF No. 82 at 1. The Court has reviewed the docket and is unable to confirm that it received extra copies or self-addressed envelopes. But in an abundance of caution, attached to this Order is a copy of Trevino's docket sheet and conformed top pages of Trevino's last seven filings. To the extent Trevino is attempting to request additional copies of documents, he must do so by requesting copies using the Court's photocopy request form, which is attached below. The motions are therefore **TERMINATED** as moot.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Noël Wise
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Request for Photocopies

Name / Prisoner Number: ..............................................................................

Current Address: ..............................................................................

..............................................................................

**STEP ONE**

**Describe exactly what documents you are requesting and agree to pay $0.50 per page:**

Case Name: ..............................................................................

Case Number: ..............................................................................

| Document(s) Requested: | *To be Completed by Clerk* | |
|---|---|---|
| *Please note Document Name and, if known, Docket Number* | Page Length | Cost |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I am requesting photocopies of the above-named document(s) from the above-named case. I agree to pay the cost of $ 0.50 per page.

Signature: ______________________________ Date: ____________________

**STEP TWO**

**MAIL THIS FORM, WITH THE ABOVE INFORMATION COMPLETE, TO THE CLERK. BE SURE TO SIGN ABOVE WHERE INDICATED.**

THE CLERK WILL THEN CALCULATE THE AMOUNT YOU MUST PAY IN ORDER TO RECEIVE THE REQUESTED DOCUMENTS AND WILL MAIL THIS FORM BACK TO YOU NOTING THE PAGE LENGTH AND COST INFORMATION FOR EACH DOCUMENT.

**STEP THREE**

After the Clerk has returned this form to you, 1) indicate below which document(s), at cost listed above, you would like copied; 2) sign below; 3) enclose a check or money order made out to "**Clerk of Court USDC**"; and 4) mail to: **Office of the Clerk, U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.**

Enclosed please find a check or money order in the amount of $.................................... for the following document(s) from the above list (indicate document number):........................................
.........................................................................................

Final Signature: ______________________________________________ Date: ____________________

*Do Not Sign Here Until Clerk Has Provided Total Cost*

ProSe,REFSET-RMI

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:23-cv-01311-NW
# Internal Use Only

Trevino v. Dotson et al
Assigned to: District Judge Noel Wise
Referred to: PSLC MGH
Magistrate Judge Robert M. Illman (Settlement)
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/21/2023
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Robert Trevino** | represented by | **Robert Trevino**<br>J64367<br>Mule Creek State Prison<br>P.O. Box 409020<br>Ione, CA 95640<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **E. Dotson**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>California Department of Justice<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>510-879-0263<br>Fax: 510-622-2270<br>Email: Zewugeberhan.Desta@doj.ca.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **T. Ross**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **S. Newcomb**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **D. Cary**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Defendant** | | |
| **D. Ambriz**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Eloy Medina**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **K. McKelroy**<br>*TERMINATED: 01/13/2025* | | |
| **Defendant** | | |
| **C. Martella**<br>*TERMINATED: 01/13/2025* | | |
| **Defendant** | | |
| **B. Hopkins**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **J. Stevenson**<br>*TERMINATED: 10/09/2025* | | |
| **Defendant** | | |
| **R. E. Binkele** | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Dennis Vega**<br>*TERMINATED: 06/15/2026* | | |
| **Defendant** | | |
| **William Waterman**<br>*TERMINATED: 06/15/2026* | | |
| **Defendant** | | |
| **P. Lord**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **C. Servier**<br>*TERMINATED: 06/15/2026* | represented by | **Zewugeberhan Zegeye Desta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**D. Anguiano**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Perez**
*TERMINATED: 06/15/2026*

**Defendant**

**Gerald Collier**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**E. Elias**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**S. Milenewicz**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. Mendoza**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. Pesenhofer**
*TERMINATED: 01/13/2025*

**Defendant**

**V. Solis**
*TERMINATED: 06/15/2026*

represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**B. Hedrick**
*TERMINATED: 10/09/2025*

**Defendant**

**Z. Desta**
*TERMINATED: 01/13/2025*

**Defendant**

**Rueda**
*TERMINATED: 01/13/2025*

**Defendant**

**A. Colella**
*TERMINATED: 10/09/2025*

**Defendant**

**Martinez** represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benavides** represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Voong** represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Piazano**
*TERMINATED: 06/15/2026*
represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blanca E. Salazar**
*TERMINATED: 06/15/2026*
represented by **Zewugeberhan Zegeye Desta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2023 | 1 | COMPLAINT against D. Ambriz, D. Anguiano, R. E. Binkele, D. Cary, G. Collier, Z. Desta, E. Dotson, E. Elias, B. Hedrick, B. Hopkins, P. Lord, C. Martella, K. McKelroy, F. Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Perez, G. Pesenhofer, T. Ross, Rueda, C. Sevier, V. Solis, J. Stevenson, D. Vega, W. Waterman. Filed by Robert Trevino. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Certificate/Proof of Service, # 4 Envelope)(cjl, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/24/2023) |
| 03/21/2023 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Robert Trevino. (cjl, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/24/2023) |
| 03/21/2023 | 3 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Robert Trevino. (cjl, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/24/2023) |
| 04/03/2023 | 4 | MOTION requesting verification of Payment of $350.00 filing fee filed by Robert Trevino. Responses due by 5/1/2023. Replies due by 5/15/2023. (jrs, COURT STAFF) (Filed on 4/3/2023) Modified on 5/17/2023 (jml, COURT STAFF). (Entered: 04/03/2023) |

| | | |
|---|---|---|
| 04/10/2023 | 5 | **ORDER DIRECTING CLERK TO REASSIGN ACTION. Signed by Magistrate Judge Thomas S. Hixson on 4/10/2023. (Attachments: # 1 Envelope Mailing Service Label)(rmm2, COURT STAFF) (Filed on 4/10/2023)**<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>**(Entered: 04/10/2023)** |
| 04/11/2023 | 6 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Araceli Martinez-Olguin for all further proceedings. Magistrate Judge Thomas S. Hixson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by Clerk on 04/11/2023. (Attachments: # 1 Notice of Eligibility for Video Recording) (mbc, COURT STAFF) (Filed on 4/11/2023)**<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>**(Entered: 04/11/2023)** |
| 05/10/2023 | 7 | Letter from Pro Se Paralegal to R. Trevino. (jrs, COURT STAFF) (Filed on 5/10/2023) (Entered: 05/10/2023) |
| 05/10/2023 | 8 | Filing fee: $ 350.00, receipt number 34611121878. (jrs, COURT STAFF) (Filed on 5/10/2023) (Entered: 05/10/2023) |
| 05/10/2023 | 9 | Filing fee: $ 50.00, receipt number 24281715352. (jrs, COURT STAFF) (Filed on 5/10/2023) (Entered: 05/10/2023) |
| 11/17/2023 | 10 | **ORDER DIRECTING PLAINTFF TO PAY REMAINING $2.00 BALANCE TOWARD FILING FEE; AND DENYING AS MOOT HIS MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*. Signed by Judge Araceli Martinez-Olguin on 11/17/2023. (ads, COURT STAFF) (Filed on 11/17/2023)**<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>**(Entered: 11/17/2023)** |
| 11/17/2023 | | (Court only) ***Motions terminated: 2 MOTION for Leave to Proceed in forma pauperis filed by Robert Trevino. (ads, COURT STAFF) (Filed on 11/17/2023) (Entered: 11/17/2023) |
| 11/17/2023 | | (Court only) Set/Reset Deadlines: re 10 Order, Fees due by 12/15/2023. (bar, COURT STAFF) (Filed on 11/17/2023) (Entered: 11/17/2023) |
| 12/05/2023 | | (Court only) ***Deadlines terminated. (sfb, COURT STAFF) (Filed on 12/5/2023) (Entered: 12/05/2023) |
| 12/11/2023 | 11 | Filing Fee in the amount of $2.00. Receipt no. 311167091. (sfb, COURT STAFF) (Filed on 12/11/2023) (Entered: 12/11/2023) |
| 06/03/2024 | | (Court only) ***Deadlines terminated (fee deadline) per 6/3/2024 email from G. Campbell. (kmm2, COURT STAFF) (Filed on 6/3/2024) (Entered: 06/04/2024) |

| | | |
|---|---|---|
| 06/03/2024 | | (Court only) Set/Reset Deadlines (Initial Review of Complaint) per G. Campbell 6/3/24 email. (kmm2, COURT STAFF) (Filed on 6/3/2024) (Entered: 06/04/2024) |
| 11/14/2024 | 12 | **ORDER OF PARTIAL DISMISSAL WITH LEAVE TO AMEND; SERVING COGNIZABLE CLAIMS; AND SETTING BRIEFING SCHEDULE. Signed by Judge Araceli Martinez-Olguin on 11/14/2024. (ads, COURT STAFF) (Filed on 11/14/2024)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 11/14/2024)** |
| 12/06/2024 | 13 | MOTION Requesting a 30 Days Extension of Time to Filed an Amended Complaint filed by Robert Trevino. (kmm2, COURT STAFF) (Filed on 12/6/2024) (Entered: 12/09/2024) |
| 12/13/2024 | 14 | **Order by Judge Araceli Martinez-Olguin granting 13 Plaintiff's Request for Extension of Time to File Amended Claims.**<br><br>**Amended Complaint due by 1/17/2025. (ads, COURT STAFF) (Filed on 12/13/2024)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 12/13/2024)** |
| 01/13/2025 | 15 | MOTION for Leave to Amend Complaint filed by Robert Trevino. (kmm2, COURT STAFF) (Filed on 1/13/2025) (Entered: 01/14/2025) |
| 01/13/2025 | 16 | AMENDED COMPLAINT against D. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, A. Colella, G. Collier, E. Dotson, E. Elias, B. Hedrick, B. Hopkins, P. Lord, Martinez, E. Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Perez, M. Piazano, T. Ross, C. Servier, V. Solis, J. Stevenson, D. Vega, M. Voong, W. Waterman. Filed by Robert Trevino. (kmm2, COURT STAFF) (Filed on 1/13/2025) (Entered: 01/14/2025) |
| 01/21/2025 | 17 | Letter from Robert Trevino. (Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 1/21/2025) (Entered: 01/27/2025) |
| 01/24/2025 | | Remark: CDCR E-service packet emailed to CDCR and Attorney General of the State of California per order at docket entry 12 (kmm2, COURT STAFF) (Filed on 1/24/2025) (Entered: 01/27/2025) |
| 02/24/2025 | 18 | **ORDER REASSIGNING CASE.**<br><br>IT IS ORDERED that this case is reassigned to the Honorable Noël Wise in the San Jose Division for all further proceedings.<br><br>1. All future filings shall bear the initials NW immediately after the case number.<br><br>2. All case management conference dates are vacated and will be reset by the Court.<br><br>3. All hearing dates presently scheduled are **VACATED**. However, existing briefing schedules for motions remain unchanged. Motions must be |

| | | |
|---|---|---|
| | | **RENOTICED** for hearing before Judge Wise by the moving party for a date consistent with the Court's law and motion calendar, but the renoticing of the hearing does not affect the prior briefing schedule.<br><br>4. Deadlines for ADR compliance and discovery cutoffs remain unchanged.<br><br>5. All pretrial conference and trial dates currently set for after **May 27, 2025**, and all other deadlines associated with the case, will remain in place unless otherwise ordered.<br><br>6. All pretrial conference and trial dates scheduled on or before **May 27, 2025** are vacated. Other pretrial deadlines (*eg*., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) will remain in place. The Court will notify the parties when a status conference will be held to schedule a new pretrial conference and trial dates for affected cases.<br><br>7. Matters currently referred to a Magistrate Judge will remain before that Magistrate Judge absent further notice.<br><br>8. On or before **March 17, 2025**, the parties shall file a Joint Case Management Statement (separate statements are appropriate if either party is proceeding without counsel). The statement should not exceed ten pages in length and should address all issues outlines in the Standing Order for All Judges of the Northern District. the approved form for such statements can be accessed here:<br><br>a. The parties are not required to complete a section if inapplicable. As number 20, the statement shall provide the following information: (i) a list or description of each party; (ii) a summary of all claims, counter-claims, cross-claims, or third party claims and the date the complaint and cross-complaint(s) were filed; and (iii) a brief procedural history of the case (chart format welcomed) including, but not limited to, any ADR proceedings or settlement conferences that have been scheduled or concluded and any appellate proceedings that are pending or concluded.<br><br>b. If the parties believe that an immediate case management conference is needed, the parties shall explain why and identify the urgent matters that require attention. If there is no immediate need, a case management conference will be scheduled or reset pursuant to Paragraph 2 of this Order as needed.<br><br>9. The Joint Case Management Statement will not constitute a motion to extend or modify dates. If emergency relief is needed to modify a deadline, and the deadline is not of the type that can be modified via stipulation of the parties without a court order, the requesting party or parties shall additionally file a motion or stipulation for such relief in compliance with Local Rule 6.<br><br>IT IS SO ORDERED.<br><br>Dated: 02/24/2025<br>FOR THE EXECUTIVE COMMITTEE<br>Mark B. Busby, Clerk of Court<br><br>(kab-adi, COURT STAFF) (Filed on 2/24/2025) |

| | | |
|---|---|---|
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 02/24/2025) |
| 02/24/2025 | | This case is directly assigned to District Judge Noel Wise. Judge Araceli Martinez-Olguin no longer assigned to the case. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(kab-adi, COURT STAFF) (Filed on 2/24/2025) (Entered: 02/24/2025) |
| 02/26/2025 | | (Court only) ***Deadlines terminated. (ljf, COURT STAFF) (Filed on 2/26/2025) (Entered: 02/26/2025) |
| 03/03/2025 | 20 | *****PLEASE DISREGARD (Discovery; Docketed in Error)*****Informal Discovery Request to Meet and Confer by Robert Trevino. (kmm2, COURT STAFF) (Filed on 3/3/2025) Modified on 3/7/2025 (ljf, COURT STAFF). (Entered: 03/05/2025) |
| 03/04/2025 | 19 | Request for Extension of Time to File CDCR Notice of E-Service Waiver by CDCR. (kmm2, COURT STAFF) (Filed on 3/4/2025) (Entered: 03/05/2025) |
| 03/13/2025 | 21 | Motion to Renotice to Electronic Filing Dated 2/24/2925 and Motion for Clarification re 18 Order Reassigning Case filed by Robert Trevino. (Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 3/13/2025) (Entered: 03/14/2025) |
| 03/13/2025 | 22 | MOTION Requesting a 30 Days Extension of Time Until April 17, 2025 to File a Joint Case Management Statement filed by Robert Trevino.(Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 3/13/2025) (Entered: 03/14/2025) |
| 03/14/2025 | 23 | **ORDER granting 19 Motion for Extension of Time to File, denying 21 Ex Parte Application to Re-notice Electronic Filing, and granting 22 Motion for Extension of Time to File signed by Judge Noel Wise. (akw, COURT STAFF) (Filed on 3/14/2025)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 03/14/2025)** |
| 03/17/2025 | | (Court only) Set/Reset Deadlines: Case Management Statement due by 4/16/2025. (kmm2, COURT STAFF) (Filed on 3/17/2025) (Entered: 03/17/2025) |
| 03/17/2025 | 24 | MOTION to Compel Discovery filed by Robert Trevino. Responses due by 4/14/2025. Replies due by 4/28/2025. (Attachments: # 1 Brief in Support of Motion to Compel, # 2 Declaration of Robert Trevino)(kmm2, COURT STAFF) (Filed on 3/17/2025) (Entered: 03/18/2025) |
| 03/19/2025 | 25 | NOTICE of CDCR Report of E-Service Waiver Received. This document is restricted to court users only; no NEF has been issued, and the document is not available electronically. (kmm2, COURT STAFF) (Filed on 3/19/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 03/20/2025) |
| 04/07/2025 | 26 | Ex Parte Motion for Assignment of Counsel filed by Robert Trevino. (Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 4/7/2025) |

| | | |
|---|---|---|
| | | (Entered: 04/08/2025) |
| 04/07/2025 | 27 | MOTION to Stay the Case filed by Robert Trevino. Responses due by 5/5/2025. Replies due by 5/19/2025. (Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 4/7/2025) (Entered: 04/08/2025) |
| 04/09/2025 | 28 | WAIVER OF SERVICE Returned Executed filed by S. Milenewicz, E. Dotson, D. Anguiano, C. Servier, E. Elias, B. Hopkins, D. Ambriz, T. Ross, P. Lord. Service waived by S. Milenewicz waiver sent on 3/19/2025, answer due 5/19/2025; E. Dotson waiver sent on 3/19/2025, answer due 5/19/2025; D. Anguiano waiver sent on 3/19/2025, answer due 5/19/2025; C. Servier waiver sent on 3/19/2025, answer due 5/19/2025; E. Elias waiver sent on 3/19/2025, answer due 5/19/2025; B. Hopkins waiver sent on 3/19/2025, answer due 5/19/2025; D. Ambriz waiver sent on 3/19/2025, answer due 5/19/2025; T. Ross waiver sent on 3/19/2025, answer due 5/19/2025; P. Lord waiver sent on 3/19/2025, answer due 5/19/2025. (Desta, Zewugeberhan) (Filed on 4/9/2025) (Entered: 04/09/2025) |
| 04/09/2025 | 29 | MOTION to Screen Plaintiff's Second Amended Complaint; Request for New Briefing Schedule filed by B. Hopkins, P. Lord, C. Servier, D. Anguiano, E. Elias, S. Milenewicz, E. Dotson, T. Ross, D. Ambriz. Responses due by 5/7/2025. Replies due by 5/21/2025. (Desta, Zewugeberhan) (Filed on 4/9/2025) (Entered: 04/09/2025) |
| 04/09/2025 | 30 | DEFENDANTS' INITIAL CASE MANAGEMENT STATEMENT filed by B. Hopkins, P. Lord, C. Servier, D. Anguiano, E. Elias, S. Milenewicz, E. Dotson, T. Ross, D. Ambriz. (Desta, Zewugeberhan) (Filed on 4/9/2025) Modified on 4/9/2025 (kmm2, COURT STAFF). (Entered: 04/09/2025) |
| 04/11/2025 | 31 | **ORDER ADDRESSING MISCELLANEOUS MOTIONS signed by Judge Noel Wise.**<br><br>**Ruling on motions as follows:**<br>**15 Motion for Leave to File Amended complaint granted.**<br>**24 Motion to Compel Discovery denied without prejudice.**<br>**26 Motion to Appoint Counsel denied without prejudice.**<br>**27 Motion to Stay denied.**<br>**29 Motion to Screen amended complaint granted. (akw, COURT STAFF) (Filed on 4/11/2025)**<br><br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 04/11/2025)** |
| 05/05/2025 | 32 | PLAINTIFF'S CASE MANAGEMENT STATEMENT and Request for Leave to Act in Excess of Time to File by Robert Trevino. (Attachments: # 1 Envelope) (kmm2, COURT STAFF) (Filed on 5/5/2025) (Entered: 05/05/2025) |
| 05/05/2025 | 33 | Notification to Clerk by Robert Trevino re 32 Case Management Statement. (Attachments: # 1 Envelope)(kmm2, COURT STAFF) (Filed on 5/5/2025) (Entered: 05/05/2025) |
| 05/06/2025 | | (Court only) ***Deadlines terminated. 32 Case Management Statement filed by Robert Trevino. (kmm2, COURT STAFF) (Filed on 5/6/2025) (Entered: 05/06/2025) |

| | | |
|---|---|---|
| 07/09/2025 | | (Court only) ***Deadlines terminated. (lmd, COURT STAFF) (Filed on 7/9/2025) (Entered: 07/09/2025) |
| 07/10/2025 | | (Court only) Set/Reset Deadlines: Amended Complaint due by 5/13/2025. (kmm2, COURT STAFF) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 07/10/2025 | | (Court only) Set/Reset Deadlines: Review of Amended Complaint Deadline (kmm2, COURT STAFF) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 07/10/2025 | | (Court only) ***Deadlines terminated. (kmm2, COURT STAFF) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 08/20/2025 | 34 | **ORDER SCREENING COMPLAINT, DISMISSING CERTAIN CLAIMS AND DEFEDNANTS, AND GRANTING LEAVE TO AMEND** *signed by Judge Noel Wise on 8/20/2025.* (akw, COURT STAFF) (Filed on 8/20/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 08/20/2025) |
| 08/20/2025 | | (Court only) ***Deadlines terminated (Review of Amended Complaint) per 34 Order. (kmm2, COURT STAFF) (Filed on 8/20/2025) (Entered: 08/21/2025) |
| 08/20/2025 | | (Court only) Set/Reset Deadlines: re 34 Order, Amended Complaint due by 9/17/2025. (kmm2, COURT STAFF) (Filed on 8/20/2025) (Entered: 08/21/2025) |
| 10/09/2025 | 35 | **ORDER DISMISSING CERTAIN CLAIMS, SERVING FIRST AMENDED COMPLAINT, AND SETTING FURTHER BRIEFING SCHEDULE** *signed by Judge Noel Wise* . (akw, COURT STAFF) (Filed on 10/9/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 10/09/2025) |
| 10/09/2025 | | (Court only) *** Party J. Stevenson, A. Colella and B. Hedrick terminated per 35 Order. (kmm2, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/16/2025) |
| 10/16/2025 | | Remark: CDCR E-service packet emailed to CDCR and Attorney General of the State of California per order at docket entry 35 . (kmm2, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/16/2025 | 36 | Summons Issued as to Eloy Medina. (Attachments: # 1 USM-285 (Eloy Medina))(kmm2, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/16/2025 | 37 | Summons Issued as to Dennis Vega. (Attachments: # 1 USM-285 (Dennis Vega)) (kmm2, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/16/2025 | 38 | REQUEST FOR WAIVER of Service sent to Gerald Collier on 10/16/2025. Waiver of Service due by 11/17/2025. (kmm2, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/16/2025 | 39 | CLERK'S NOTICE to Plaintiff: Request for Service Address for Defendants Martin Perez and William Waterman Re 35 Order. (kmm2, COURT STAFF) (Filed on 10/16/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 10/16/2025) |

| | | |
|---|---|---|
| 10/30/2025 | 40 | Summons Returned Unexecuted as to Dennis Vega (Wrong Address). (kmm2, COURT STAFF) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 11/03/2025 | 41 | CLERK'S NOTICE to Plaintiff: Request for Service Address for Defendant Dennis Vega. (kmm2, COURT STAFF) (Filed on 11/3/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 11/03/2025) |
| 11/06/2025 | 42 | WAIVER OF SERVICE Returned Executed filed by Eloy Medina. Service waived by Eloy Medina waiver sent on 10/16/2025, answer due 12/15/2025. (Desta, Zewugeberhan) (Filed on 11/6/2025) (Entered: 11/06/2025) |
| 11/13/2025 | 43 | WAIVER OF SERVICE Returned Executed Service waived by Gerald Collier, waiver sent on 10/16/2025, answer due 12/15/2025. (Attachments: # 1 Envelope) (kmm2, COURT STAFF) (Filed on 11/13/2025) (Entered: 11/14/2025) |
| 11/18/2025 | 44 | NOTICE of CDCR Report of E-Service Waiver Received. This document is restricted to court users only; no NEF has been issued, and the document is not available electronically. (kmm2, COURT STAFF) (Filed on 11/18/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 11/19/2025) |
| 11/24/2025 | 45 | WAIVER OF SERVICE Returned Executed filed by Martinez, V. Solis, M. Piazano, M. Voong, R. E. Binkele, S. Newcomb, Benavides, Gerald Collier, D. Cary. Service waived by Martinez waiver sent on 11/18/2025, answer due 1/20/2026; V. Solis waiver sent on 11/18/2025, answer due 1/20/2026; M. Piazano waiver sent on 11/18/2025, answer due 1/20/2026; M. Voong waiver sent on 11/18/2025, answer due 1/20/2026; R. E. Binkele waiver sent on 11/18/2025, answer due 1/20/2026; S. Newcomb waiver sent on 11/18/2025, answer due 1/20/2026; Benavides waiver sent on 11/18/2025, answer due 1/20/2026; Gerald Collier waiver sent on 10/16/2025, answer due 12/15/2025. (Desta, Zewugeberhan) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 12/02/2025 | 46 | Response to 39 , 41 Clerk's Notices Requesting Addresses for Service by Robert Trevino. (kmm2, COURT STAFF) (Filed on 12/2/2025) (Additional attachment(s) added on 12/4/2025: # 1 Envelope) (kmm2, COURT STAFF). (Entered: 12/04/2025) |
| 12/04/2025 | 47 | CLERK'S NOTICE to Plaintiff: Second Request for Service Addresses for Defendants Martin Perez, Dennis Vega and William Waterman. (kmm2, COURT STAFF) (Filed on 12/4/2025)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 12/04/2025) |
| 12/08/2025 | 48 | MOTION to Stay the Case and/or Request for Extension of Time and Leave to Amend the Complaint per Fed. R. Civ. P. 15(a)(2) filed by Robert Trevino. Responses due by 1/5/2026. Replies due by 1/20/2026. (Attachments: # 1 Exhibits, # 2 Envelope)(kmm2, COURT STAFF) (Filed on 12/8/2025) (Entered: 12/08/2025) |

| | | |
|---|---|---|
| 12/11/2025 | 49 | WAIVER OF SERVICE Returned Executed filed by A. Mendoza. Service waived by A. Mendoza waiver sent on 11/18/2025, answer due 1/20/2026. (Desta, Zewugeberhan) (Filed on 12/11/2025) (Entered: 12/11/2025) |
| 12/11/2025 | 50 | OPPOSITION/RESPONSE (re 48 MOTION to Stay the Case and/or Request for Extension of Time and Leave to Amend the Complaint ) filed byD. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, T. Ross, C. Servier, V. Solis, M. Voong. (Desta, Zewugeberhan) (Filed on 12/11/2025) Modified on 12/12/2025 (kmm2, COURT STAFF). (Entered: 12/11/2025) |
| 12/18/2025 | 51 | MOTION to Dismiss; Memorandum of Points and Authorities filed by D. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, T. Ross, C. Servier, V. Solis, M. Voong. Responses due by 1/15/2026. Replies due by 1/29/2026. (Attachments: # 1 Proposed Order Granting Defendants' Motion to Dismiss)(Desta, Zewugeberhan) (Filed on 12/18/2025) (Entered: 12/18/2025) |
| 12/30/2025 | 52 | RESPONSE to 47 Clerk's Notice: Second Request for Service Addresses for Defendants Martin Perez, Dennis Vega and William Waterman by Robert Trevino. (kmm2, COURT STAFF). (kmm2, COURT STAFF). (Entered: 12/31/2025) |
| 01/08/2026 | 53 | OPPOSITION/RESPONSE (re 51 MOTION to Dismiss; Memorandum of Points and Authorities ) filed byRobert Trevino. (amf, COURT STAFF) (Filed on 1/8/2026) (Entered: 01/08/2026) |
| 01/08/2026 | | (Court only) ***Deadlines terminated - Reponse/Reply Deadlines re 55 Reply to Opposition/Response, filed by Blanca E. Salazar, D. Ambriz, Martinez, D. Cary, A. Mendoza, R. E. Binkele, C. Servier, Eloy Medina, M. Piazano, E. Dotson, M. Voong, P. Lord, V. Solis, Benavides, D. Anguiano, S. Milenewicz, Gerald Collier, T. Ross, S. Newcomb, E. Elias, B. Hopkins, 53 Opposition/Response to Motion filed by Robert Trevino. (jlm, COURT STAFF) (Filed on 1/8/2026) (Entered: 01/23/2026) |
| 01/15/2026 | 54 | MOTION of Notification by Robert Trevino. (Attachments: # 1 Exhibit, # 2 Envelope)(kxo, COURT STAFF) (Filed on 1/15/2026) (Entered: 01/16/2026) |
| 01/22/2026 | 55 | REPLY (re 51 MOTION to Dismiss; Memorandum of Points and Authorities ) *by Defendants' in Support of Motion to Dismiss* filed byD. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, T. Ross, C. Servier, V. Solis, M. Voong, Blanca E. Salazar. (Desta, Zewugeberhan) (Filed on 1/22/2026) (Entered: 01/22/2026) |
| 01/22/2026 | 56 | MOTION of notification and MOTION to Amend Complaint filed by Robert Trevino. Responses due by 2/5/2026. Replies due by 2/12/2026. (Attachments: # 1 Exhibit, # 2 Envelope)(kxo, COURT STAFF) (Filed on 1/22/2026) (Entered: 01/23/2026) |
| 01/29/2026 | 57 | OPPOSITION/RESPONSE (re 56 MOTION to Amend/Correct ) *to Plaintiff's Second Motion to Amend Complaint* filed byD. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. |

| | | |
|---|---|---|
| | | Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, T. Ross, Blanca E. Salazar, C. Servier, V. Solis, M. Voong. (Desta, Zewugeberhan) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 02/23/2026 | 58 | **ORDER SETTING ASIDE OCTOBER 9, 2025 DISMISSAL OF CERTAIN CLAIMS** *signed by Judge Noel Wise on 2/23/2026.* (akw, COURT STAFF) (Filed on 2/23/2026)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 02/23/2026) |
| 02/23/2026 | 59 | **ORDER GRANTING *SUA SPONTE* EXTENSION OF TIME TO FILE AMENDED COMPLAINT, DENYING MOTIONS TO AMEND COMPLAINT AND MOTION TO DISMISS AS MOOT** *signed by Judge Noel Wise on 2/23/2026.*<br>Motions 48 , 51 , and 56 denied as moot.(akw, COURT STAFF) (Filed on 2/23/2026)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 02/23/2026) |
| 02/23/2026 | 60 | MOTION for Leave to File Sur-Reply in Support of Defendants Reply filed by Robert Trevino. (Attachments: # 1 Exhibit, # 2 Envelope)(jml, COURT STAFF) (Filed on 2/23/2026) (Entered: 02/24/2026) |
| 02/23/2026 | 61 | NOTICE by Robert Trevino re 60 MOTION for Leave to File (jml, COURT STAFF) (Filed on 2/23/2026) (Entered: 02/24/2026) |
| 03/13/2026 | 62 | MOTION to Proceed with Cognizable Claims in "Screening Order" filed 8/20/2025 filed by Robert Trevino. Responses due by 4/10/2026. Replies due by 4/24/2026. (Attachments: # 1 Envelope)(jml, COURT STAFF) (Filed on 3/13/2026) (Entered: 03/13/2026) |
| 03/30/2026 | 63 | OPPOSITION/RESPONSE (re 62 MOTION to Proceded with Cognizable Claims in "Screening Order" filed 8/20/2025 ) filed byD. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, T. Ross, Blanca E. Salazar, C. Servier, V. Solis, M. Voong. (Desta, Zewugeberhan) (Filed on 3/30/2026) (Entered: 03/30/2026) |
| 04/09/2026 | 64 | REPLY (re 62 MOTION to Proceded with Cognizable Claims in "Screening Order" filed 8/20/2025 ) filed byRobert Trevino. (jml, COURT STAFF) (Filed on 4/9/2026) (Entered: 04/13/2026) |
| 04/29/2026 | 65 | **ORDER ADDRESSING PENDING MOTIONS, ORDERING DEFENDANTS TO FILE NOTICE RE: 60 AND 62** *signed by Judge Noel Wise on 4/29/2026.* (akw, COURT STAFF) (Filed on 4/29/2026)<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 04/29/2026) |
| 05/08/2026 | 66 | NOTICE *to Renew Motion to Dismiss* by D. Ambriz, D. Anguiano, Benavides, R. E. Binkele, D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Martinez, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Piazano, |

| | | |
|---|---|---|
| | | T. Ross, Blanca E. Salazar, C. Servier, V. Solis, M. Voong (Desta, Zewugeberhan) (Filed on 5/8/2026) Modified on 5/12/2026 (kam2, COURT STAFF). (Entered: 05/08/2026) |
| 05/22/2026 | 67 | NOTICE to Renew Motion to Oppose Defendants' Motion to Dismiss by Robert Trevino re 65 Order,, Terminate Motions, (Attachments: # 1 Envelope)(jml, COURT STAFF) (Filed on 5/22/2026) (Entered: 05/22/2026) |
| 06/15/2026 | 68 | **ORDER PARTIALLY GRANTING DEFENDANTS' MOTION TO DISMISS, REFERRING MATTER TO PRO SE PRISONER MEDIATION PROGRAM** *signed by Judge Noel Wise on 6/15/2026.*<br><br>CASE refferend to to Magistrate Judge Robert M. Illman for Settlement. The following parties terminated: D. Cary, Gerald Collier, E. Dotson, E. Elias, B. Hopkins, P. Lord, Eloy Medina, A. Mendoza, S. Milenewicz, S. Newcomb, M. Perez, M. Piazano, T. Ross, Blanca E. Salazar, C. Servier, V. Solis, Dennis Vega, William Waterman, D. Ambriz and D. Anguiano.(akw, COURT STAFF) (Filed on 6/15/2026)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 06/15/2026) |
| 06/16/2026 | | (Court only) Set/Reset Deadlines: Case referred to Magistrate for Early Settlement on 6/15/2026. (lmd, COURT STAFF) (Filed on 6/16/2026) (Entered: 06/16/2026) |
| 06/16/2026 | 69 | **Order Setting Settlement Conference before Magistrate Judge Robert M. Illman. Settlement Conference set for 7/30/2026 10:00 AM. Signed by Judge Robert M. Illman on 6/16/2026. (glm, COURT STAFF) (Filed on 6/16/2026)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 06/16/2026)** |
| 06/17/2026 | | CASE REFERRED to Magistrate Judge Robert M. Illman for Settlement. (shy, COURT STAFF) (Filed on 6/17/2026) (Entered: 06/17/2026) |
| 06/18/2026 | 70 | ADMINISTRATIVE MOTION to Change Settlement Conference Date filed by Benavides, R. E. Binkele, Martinez, M. Voong. Responses due by 6/22/2026. (Attachments: # 1 Declaration of Zewugeberhan Desta in Support of Motion to Change Settlement Conference Date, # 2 Proposed Order Granting Defendants' Administrative Motion to Change Settlement Conference Date)(Desta, Zewugeberhan) (Filed on 6/18/2026) (Entered: 06/18/2026) |
| 06/26/2026 | 71 | **Order by Magistrate Judge Robert M. Illman granting 70 Administrative Motion to continue settlement conference date. Settlement Conference reset for 9/3/2026 10:00 AM via Zoom per original order setting Settlement Conference. (glm, COURT STAFF) (Filed on 6/26/2026)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 06/26/2026)** |
| 08/31/2026 | 72 | MOTION of Notification in respects to the settlement conference filed by Robert Trevino. Responses due by 9/14/2026. Replies due by 9/21/2026. (dso, COURT STAFF) (Filed on 8/31/2026) (Entered: 09/03/2026) |

| | | |
|---|---|---|
| 09/03/2026 | 73 | **Order finding as moot 72 Motion for Settlement entered by Magistrate Judge Robert M. Illman.** ***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** <br> **Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br> **(Entered: 09/03/2026)** |
| 09/03/2026 | 74 | **Minute Entry for proceedings held before Magistrate Judge Robert M. Illman: Settlement Conference held on 9/3/2026. Did not settle. Return to presiding judge. Zoom Recording Time: Not recorded or reported. Plaintiff Attorney: Robert Trevino, Pro Se. Defendant Attorney: Zewugeberhan Desta.** ***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** **(glm, COURT STAFF) (Date Filed: 9/3/2026) (Entered: 09/03/2026)** |
| 09/15/2026 | 75 | **ORDER SETTING FURTHER BRIEFING SCHEDULE** *signed by Judge Noël Wise on 9/15/2026.* (akw, COURT STAFF) (Filed on 9/15/2026) <br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br> (Entered: 09/15/2026) |
| 10/01/2026 | 76 | MOTION for Leave to File *Early Motion for Summary Judgment Based on Exhaustion Defense* filed by Benavides, R. E. Binkele, Martinez, M. Voong. (Attachments: # 1 Proposed Order)(Desta, Zewugeberhan) (Filed on 10/1/2026) (Entered: 10/01/2026) |
| 10/02/2026 | 77 | **ORDER GRANTING 76 DEFENDANTS' MOTION TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT REGARDING EXHAUSTION** *signed by Judge Noël Wise on 10/2/2026.* (akw, COURT STAFF) (Filed on 10/2/2026) <br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br> (Entered: 10/02/2026) |
| 10/02/2026 | 78 | Letter from Robert Trevino re Conformed Copy of Motion. (dso, COURT STAFF) (Filed on 10/2/2026) Modified text on 10/7/2026 to conform to filing (jnk, COURT STAFF). (Entered: 10/07/2026) |
| 10/27/2026 | 79 | MOTION for Relief from Judgment or Order filed by Robert Trevino. Responses due by 11/24/2026. Replies due by 12/8/2026. (Attachments: # 1 Exhibits in Support of Motion)(dhm, COURT STAFF) (Filed on 10/27/2026) (Entered: 10/27/2026) |
| 10/27/2026 | 80 | OPPOSITION/RESPONSE (re 79 MOTION for Relief from Judgment or Order ) filed byRobert Trevino. (jml, COURT STAFF) (Filed on 10/27/2026) (Entered: 11/02/2026) |
| 10/27/2026 | 81 | MOTION to Stay Discovery and The Case for Reasons Set Forth in F.R.C.P Rule 60(b) Motion filed by Robert Trevino. Responses due by 11/24/2026. Replies due by 12/8/2026. (Attachments: # 1 Declaration)(jml, COURT STAFF) (Filed on 10/27/2026) (Entered: 11/02/2026) |
| 10/29/2026 | 82 | MOTION of Notification According to the Local Rules of the Court and F.R.C.P filed by Robert Trevino. Responses due by 11/27/2026. Replies due by 12/11/2026. (jml, COURT STAFF) (Filed on 10/29/2026) (Entered: 11/02/2026) |

| | | | |
|---|---|---|---|
| 11/09/2026 | | 83 | MOTION for Summary Judgment *Memorandum of Points and Authorities* filed by Benavides, R. E. Binkele, Martinez, M. Voong. Responses due by 12/7/2026. Replies due by 12/21/2026. (Attachments: # 1 Rand Warning, # 2 Request for Judicial Notice ISO MSJ, # 3 Statement of Undisputed Facts in Support of MSJ, # 4 Declaration of Howard E. Moseley ISO MSJ, # 5 Declaration of C. Ramos ISO MSJ, # 6 Proposed Order, # 7 Certificate/Proof of Service)(Desta, Zewugeberhan) (Filed on 11/9/2026) (Entered: 11/09/2026) |
| 11/09/2026 | | 84 | MOTION Notification filed by Robert Trevino. Responses due by 12/7/2026. Replies due by 12/21/2026. (dso, COURT STAFF) (Filed on 11/9/2026) (Entered: 11/13/2026) |
| 11/13/2026 | | 85 | OPPOSITION/RESPONSE (re 79 MOTION for Relief from Judgment or Order ) *to Plaintiff's Motion for Relief from Judgment or Order Under Federal Rule of Civil Procedure 60 (B)* filed byBenavides, R. E. Binkele, Martinez, M. Voong. (Attachments: # 1 Declaration of Zewugeberhan Desta ISO of Opposition, # 2 Certificate/Proof of Service)(Desta, Zewugeberhan) (Filed on 11/13/2026) (Entered: 11/13/2026) |

ROBERT TREVINO J-64367
P.O. BOX- 409040
IONE, CALIF. 93640

FILED mo

MAY 22 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, v. E. DOTSON, et al., Defendants. | CASE NO. 5:23-CV-01311-NW<br>PLAINTIFF'S NOTICE TO RENEW MOTION TO OPPOSE THE DEFENDANTS' MOTION TO DISMISS<br>Judge: The Honorable Noel Wise<br>Trial Date: Not Set<br>Action Filed: March 21, 2023 |

TO THE HONORABLE COURT AND DEFENDANTS IN SUMMARY.

1. PLEASE TAKE NOTICE that in accordance to the District Court's ORDER dated April 29, 2026, the Plaintiff respectfully request to renew his motion to oppose the Defs.' motion to dismiss. Noting, that the Defs' are indiscriminately disregarding all the documentary evidence that substantially undermines their motion to dismiss, and failed to defend their position by any legitimate penological means, in light of their Regulations. Accordingly their motion should be denied in whole and in part. For instance, they failed to oppose the newly discovered evidence — the MAIL CARD — and on the contrary, they asserted that they are not responsible for evidence that doesn't exist, mentioned in their latest motion.

2. The MAIL-CARD is direct evidence that conclusively shows that the Plaintiff's confidential [602-Appeal, dated 4-22-2012] was not

MR. ROBERT TREVINO J-64367
MULE CREEK STATE PRISON / B8-150L
P.O. BOX - 409040
IONE, CALIF. 95640

**FILED**

AUG 31 2026 JNK

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ROBERT TREVINO, Plaintiff v. E. DOTSON, et al., Defendants | CASE NO. 23-CV-01311-NW<br><br>MOTION OF NOTIFICATION IN RESPECTS TO THE SETTLEMENT CONFERENCE. |

PLEASE TAKE NOTICE, on June 16, 2026, the Magistrate Judge (Eureka Division) issued an ORDER, Setting Settlement Conference" for July 30, 2026 at 10:00 a.m. However, on June 18, 2026 the Def's Counsel filed a motion to change settlement Conference date to a future date after August 21, 2026.

In any case, the Def's Counsel request for an extension of time is inconvenient — in Respects to the "Eureka Division" ORDER — because, it did not specify a date and time for such future settlement conference.

CONCLUSION

Respectfully requesting a specific date and time for the settlement Conference. Thank you.

DATE: AUG. 25, 2026

RESPECTFULLY SUBMITTED

/s/ Mr. Robert Trevino

Page Number

MR. ROBERT TREVINO J-64367
P.O. BOX- 409040
IONE, CALIF. 95640

FILED

OCT 27 2026

ORIGINAL

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

ROBERT TREVINO
Plaintiff,
v.
E. DOTSON, et al.,
Defendants.

Case No. 23-CV-01311-NW

MOTION RELIEF [Fed R. Civ. P] RULE 60(b) FROM A JUDGMENT OR ORDER.

TO: THE HONORABLE DISTRICT COURT N WISE

1. Fed. R. Civ. P. 60(a) Corrections Based on Clerical Mistakes, Oversights and Omissions. The court may correct a Clerical Mistake or a Mistake arising from Oversight on Omission whenever one is found in a Judgment, Order, or other part of the Record.

2. (b) Grounds for Relief from a final Judgment, Order, or Proceeding for the following Reasons.

(1) Mistake, Inadvertance, Surpise, or Excusable Neglect.

ARGUMENT

3. Thus, the Mail Room inadvertently failed to deliver the Plaintiff's "COURT ORDER", of the "Ruling", where the Court partially granted the Def.s' motion to dismiss, which deprived the Plaintiff of "Due Process of Law". This interference by the MAIL-ROOM has become a pattern of misconduct.

4. The Plaintiff has sent a request to the "MAIL-ROOM" on September 27, 2026, requesting a MAIL-CARD (CDC FORM 119) of all his "incoming" LEGAL-MAIL from June 1, to June 30, 2026. The Plaintiff is referring to the "ORDER SETTING FURTHER BRIEFING" dated September 15, 2026.

MR. ROBERT TREVINO J-64367
P.O. BOX - 409040
IONE, CALIFORNIA
95640

ORIGINAL

FILED
OCT 27 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, v. E. DOTSON, et al., Defendants | CASE NO. 23-CV-01311-NW<br><br>MOTION TO STAY DISCOVERY AND THE CASE FOR REASONS SET FORTH IN F.R.C.P. RULE 60 (b) MOTION. |

TO: THE HONORABLE DISTRICT COURT N. WISE

ARGUMENT

The Plaintiff is respectfully requesting to stay all discovery and the case, in light of Judicial Notice (F.R. Evid. 201), due to the fact, that he believes the MAIL-ROOM staff interfered with his legal-mail, and as a result, deprived him of procedural due process, and therefore, he believes a "stay" is necessary.

Community Compact v. City of Fresno. Court of Appeal, Fifth District, California / August 21, 2026 / 122 Cal. App. 5th 727.

Headnote: Only those governmental decisions which are adjudicated in nature are subject to procedural due process principle; legislative action is not burdened by such requirements. U.S. Const. Amend. 14; Cal. Const. art. 1 § 7.

R N G v. Semaia / United States District Court, C.D. California / July 14, 2026 / 838 F. Supp. 3d 1035

Headnote: Due process clause provides both procedural and substantive protections. U.S. Const. Amend 5.

"...In considering a motion to dismiss, the Court must accept all allegations of material fact in the Complaint as true. Erickson v. Pardus,

MR. ROBERT TREVINO J-64367
P.O. BOX- 409040
IONE, CALIF. 95640

ORIGINAL

FILED
OCT 27 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, | CASE No. 23-CV-01311-NW |
| V. | PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE EARLY MOTION FOR SUMMARY JUDGMENT BASED ON EXHAUSTION DEFENSE, DATED OCT. 1, 2026. |
| E. DOTSON, et al., Defendants | |

TO: THE HONORABLE DISTRICT COURT N. WISE.

The Plaintiff opposes the Defendants' motion to file an early motion for summary judgment – because it is definitely meritless – and should be denied in part and in whole, for the following reasons i.e.

~~page 19, paragraph #47, and~~ #48 For instance, see Plaintiff's F.R.C.P. 60(b) motion, page 19, paragraphs #47 and #48, quoting paragraph 48 -- "Under Fed R. Civ. P. a party may file a motion for Summary Judgment at any time under 30 days after the close of all discovery.

And see Plaintiffs' 60(b) page 19, paragraph #49, Quoting -- "The Def's ~~motion~~ motion dated OCT. 1, 2026, lacks merit in all Respects. The Def's' cannot offer any evidence "in or outside the Record", that according to CCR Title 15 § 3084.6 (c) (4), (Rejection, Cancellation and Withdrawal Criteria) that they were not excluded from processing the new grievance dated Nov. 21, 2017, mentioned in Exhibit X, where the circumstances created a new issue, See Exhibit IV, which is a genuine copy of Title 15 § 3084.6 Rule.

Moreover, the new issue, was that Def. BINKELE

Case 5:23-cv-01311-NW Document 88 Filed 11/23/26 Page 1 of 2 PageID #: 1905

MR. ROBERT TREVINO J-64367
P.O. BOX - 409040
IONE, CALIF. 95640

ORIGINAL

FILED
OCT 29 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, v. R.E. BINKELE, et al., Defendants. | CASE NO. 23-CV-01311 NW<br>MOTION OF NOTIFICATION ACCORDING TO THE LOCAL RULES OF THE COURT & OF FRCP. |

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE, a couple months ago, Plaintiff filed a motion regarding a "settlement conference", and attached — an extra top page — and also attached a "self-stamped and addressed envelope", in order to receive a conformed "filed copy". He also explained to the Clerk, as to why, the top page was "yellow". However, according to the "Local Rules of the Court, and F.R.C.P., he was not accomodated with a conformed filed "top page" of said motion.

Around two (2) weeks [after that] he sent the Court, the same "top page" of the motion [described above] with "white paper", notifying the Clerk of the Court, why the top page was being resubmitted. And he also forwarded another self stamped and addressed envelope, and he was not accommodated with a "conformed filed copy" of said motion.

Likewise, on OCT. 12, 2026, the Plaintiff filed four (4) motions to the District Court — with extra top pages — and attached a "self stamped and addressed envelope", so that the Clerk could return the "conformed filed copies" of said four (4) motions, according to the Local Rules of the Court, F.R.C.P, and he has not received said conformed filed copies of said motions he submitted to the District Court. Could the Clerk, please send him the requested "conformed filed copies." Thank you.

DATE: OCT. 25, 2026

RESPECTFULLY SUBMITTED

/s/ Mr. Robert Trevino
Plaintiff and Declarant / Pro Se

MR. ROBERT TREVINO J-64367
P.O. BOX - 409040
IONE, CALIF. 95640

FILED
CH
NOV 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, Plaintiff, v. R.E. BINKELE, et al., Defendants. | CASE NO. 23-CV-01311 NW<br>MOTION OF NOTIFICATION, ACCORDING TO F.R. EVID. 201, AND COURT LOCAL RULE 133 (d)(2). |

TO: THE CLERK OF THE COURT, please take notice, on OCT. 25, 2026, I filed a Motion of Notification, according to the "Local Rules" of the Court, & F.R.C.P., to the Clerk of the Court, See the attached (Exhibit AA-1), notifying it that Plaintiff sent two (2) self-stamped and addressed envelopes, attached with a motion addressing the Recent "settlement conference". According to Local Rule 133(d)(2), the Plaintiff has not Received a conformed copy, See Exhibit AA-1, which is the Motion to the CLERK dated OCT. 25, 2026, and see Exhibit BB-1, which is the Motion entitled "Confidential Settlement Conference Statement" dated Sept. 9, 2026. The Plaintiff has not Received a conformed copy of this motion, as mentioned above.

Wherefore, the Plaintiff believes that the MAIL-ROOM Staff are not processing his OUT-GOING LEGAL-MAIL. So on OCT. 28, 2026, the Plaintiff submitted an Inmate Request, CDCR 22-FORM to the MAIL-ROOM Supervisor CCII, requesting his MAIL-CARD (CDCR FORM 119) of all his OUT-GOING LEGAL-MAIL, from Sept. 1, 2026, through OCT. 28, 2026, See paragraphs 1 and 2 of Exhibit AA-1. Therefore, this motion dated Sept. 9, 2026, is being Resubmitted on OCT. 30, 2026, and attached with another extra top page, Requesting a conformed copy, with an attached self-stamped and addressed envelope.

Moreover, in the Plaintiff's "Motion of Notification" (Exhibit AA-1) dated OCT. 25, 2026, he notified the Clerk, that on OCT. 12, 2026, the Plaintiff filed four (4) motions, and that he had not Received his "Conformed Copies" of said motions